UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-12438-RGS
CRIMINAL ACTION NO. 10-10335-RGS

United States of America

v.

Michael Prochilo

ORDER ON PETITIONER'S ELIGIBILITY
FOR A CERTIFICATE OF APPEALABILITY

March 3, 2014

STEARNS, D.J.

Petitioner, appearing *pro se*, is understandably unaware that he has no right of appeal from the denial of his Section 2255 petition and that such appeal may be taken only upon issuance of a certificate of appealability. *See* 28 U.S.C. § 2253. Petitioner is advised that any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 of the court's Order denying his motion to Vacate, Set Aside, or Correct Sentence/Conviction, issued February 11, 2014, is <u>DENIED</u>, the court seeing no meritorious or substantial basis supporting an appeal.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE